UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke,<br><br>            Plaintiff,<br><br>    v.<br><br>Singh Hotel Group, LLC,<br><br>            Defendant. | No. 2:21-cv-02323-KJM-CKD<br><br>ORDER |

On June 2, 2022, the court received notice that this case had settled. On June 6, 2022, the court ordered the parties to file dispositional documents no later than June 23, 2022. ECF No. 14. The parties have not filed dispositional documents. The parties are **ordered to show cause within seven days** why monetary sanctions of $250 should not be imposed for failure to comply with court orders. Dispositional documents shall also be filed **within seven days**. Failure to comply with this and other courts orders may result in further sanctions, including dismissal of the case.

    IT IS SO ORDERED.

 DATED: September 8, 2022.

                                                                                _____
                                                                                CHIEF UNITED STATES DISTRICT JUDGE

1