UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke,<br><br>                Plaintiff,<br><br>   v.<br><br>Singh Hotel Group LLC,<br><br>                Defendant. | No. 2:21-cv-02323-KJM-CKD<br><br>ORDER |

      This action was previously referred to this court's Voluntary Dispute Resolution Program (VDRP). ECF No. 6. The case reportedly settled. ECF No. 14. The court set a deadline for dispositional documents, but none were filed. ECF No. 15. The court then ordered plaintiff to show cause why sanctions should not be imposed. *Id.* Plaintiff responded, describing difficulties communicating with defense counsel, ECF No. 16, and the court discharged its order to show cause, ECF No. 17. No dispositional documents have been filed, and several months have passed without any further word from the parties.

      **Within thirty days**, plaintiff must file either (1) a request to dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or (2) a request for the entry of default judgment. If neither request is filed within thirty days, this action will be dismissed for lack of prosecution

1 under Federal Rule of Civil Procedure 41(b). The court will not extend the thirty-day deadline
2 above unless a party demonstrates there is good cause for an extension.
3     IT IS SO ORDERED.
4 DATED: April 10, 2023.
5

CHIEF UNITED STATES DISTRICT JUDGE