UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke, | No. 2:21-cv-02323-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Singh Hotel Group LLC, | |
| Defendant. | |

This action settled after the parties participated in the court's Voluntary Dispute Resolution Program, and the court directed the parties to file dispositional documents. ECF No. 14. After several months' delays and despite multiple court orders, no dispositional documents have been filed. Plaintiffs' counsel claims defense counsel has not responded to repeated requests for stipulations of dismissal. ECF Nos. 19, 19-1, 19-2. **Within seven days**, defense counsel shall file a notice and declaration of counsel—

- Confirming on behalf of defendant that this matter has settled;
- Confirming on behalf of defendant that this action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own costs and fees; and
- Showing cause why defense counsel should not be sanctioned $500 for needlessly complicating and delaying the resolution of this case.

1

1  Any failure to respond to this order may result in additional sanctions, including monetary
2  sanctions.
3      IT IS SO ORDERED.
4  DATED: May 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE